**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | |
| **v.** | **CASE NO. 2:26-PO-00087** |
| | **MAGISTRATE JUDGE JOLSON** |
| **KENNETH V. PATTON,** | |
| **Defendant.** | |

---

## ORDER

Upon motion of the United States, and the Court being duly advised in the premises;

IT IS HEREBY ORDERED that this case is **DISMISSED**.

s/ Kimberly A. Jolson
**KIMBERLY A. JOLSON**
**United States Magistrate Judge**

11/20/2026
**DATE**